# 1158

OCHS. Respondent, v. NEW YORK EVEN-ING JOURNAL PUB. CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Adolph S. Ochs against the New York Evening Journal Publishing Company and others. C. J. Shearn, for appellants. A. A. Cook, for respondent.

PER CURIAM. Judgment affirmed, with costs. with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

OCHS, Respondent, v. STAR CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Adolph S. Ochs against the Star Company and others. C. J. Shearn, for appellants. A. A. Cook, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

O'CONNOR, Respondent, v. MORCH, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Joseph O'Connor, an infant, etc., against Jacob Morch. No opinion. Judgment and order affirmed, with costs.

O'CONNOR, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Bernard F. O'Connor against Samuel J. Williams and others. S. W. Bowes, for appellant. N. J. Marsh, for respondents. No opinion. Judgment affirmed, with costs.

O. J. GUDE CO., Appellant, v. REISER, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by the O. J. Gude Company against Ely J. Reiser. A. S. Gilbert, for appellant. P. Armitage, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

O'MALLEY, Respondent, v. O'MALLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Margaret O'Malley against Thomas O'Malley. No opinion. Order reversed, and motion denied, without prejudice to plaintiff's right to make another motion, without costs to either party.

O'REILLY v. ERLANGER. (Supreme Court. Appellate Division, First Department. June 26, 1905.) Action by William B. O'Reilly against Mitchell L. Erlanger. No opinion. Motion granted.

PALOMBO, Appellant, v. NORTON et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Appeal from Trial Term, New York County. Action by Antonio Palombo against William F.

Norton and others. From a judgment for defendants, plaintiff appeals. Affirmed.

PER CURIAM. On the authority of the case of Cullen v. Norton, 126 N. Y. 1, 26 N. E. 905, the judgment and order appealed from must be affirmed, with costs.

PENNSYLVANIA STEEL CO., Appellant, v. TITLE GUARANTY & TRUST CO., Respondent. (Supreme Court. Appellate Division, First Department. June 9, 1905.) Action by the Pennsylvania Steel Company against the Title Guaranty & Trust Company. J. W. Hutchinson, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. CAPPARELLI. (Supreme Court, Appellate Division, First Deparatment. June 16, 1905.) Proceedings by the people of the state of New York against Francesco Capparelli. No opinion. Motion granted.

PEOPLE, Respondent, v. DI BOL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Proceedings by the people of the state of New York against David J. Di Bol and others. C. E. Le Barbier, for appellants. R. S. Johnstone, for respondent. No opinion. Appeal dismissed.

PEOPLE, Respondent, v. FINNIMORE, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Proceedings by the people of the state of New York against Charles Finnimore. No opinion. Judgment of conviction affirmed.

PEOPLE v. GOLDFARB. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Proceedings by the people of the state of New York against Philip Goldfarb. No opinion. Motion granted.

PEOPLE, Respondent, v. McCARTHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Proceedings by the people of the state of New York against Eugene McCarthy. No opinion. Judgment of conviction and order affirmed.

PEOPLE v. MARTIN. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Proceedings by the people of the state of New York against Robert L. Martin. No opinion. Motion denied.

PEOPLE v. MENZEL. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Proceedings by the people of the state of New York against Richard M. Menzel. No opinion. Motion denied.

PEOPLE v. SMITH. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Proceedings by the people of the state of New York against William H. Smith. No opinion. Motion denied.